■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KASHANDRA A. THOMPSON, Appellant. [825 NYS2d 391]—Appeal from a judgment of the Yates County Court (W. Patrick Falvey, J.), rendered October 26, 2005. The judgment convicted defendant, upon her plea of guilty, of criminal sale of a controlled substance in the third degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Martoche, J.P., Smith, Centra and Green, JJ.